IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

TIMOTHY HATTEN,                    :

    Petitioner                        :

                                       :

    vs.                               :            CIVIL NO. 1:CV-11-0062

                                       :

UNITED STATES OF AMERICA,          :

    Respondent                        :

## *O R D E R*

AND NOW, this 9th day of May, 2011, it is ordered that upon consideration of the report and recommendation of the magistrate judge (doc. 6), filed April 8, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that:

    1.  The magistrate judge's report is approved.

    2.  Petitioner's motion (doc. 2) to proceed in forma pauperis is granted.

    3.  Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed for lack of jurisdiction.

    4.  The Clerk of Court shall close this file.

                                        /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge